**William MEGARRY et al., Appellants, v. Mima LEE.**
**No. 10023.**

Circuit Court of Appeals, Eighth Circuit.
Sept. 5, 1934.

W. H. Shure and Francis Murphy, both of Fargo, N. D., for appellants.

E. T. Conmy, H. C. Young, and J. F. X. Conmy, all of Fargo, N. D., for appellee.

PER CURIAM.
Appeal dismissed without costs to either party in this court, per stipulation of parties.

**William MEGARRY et al., Appellants, v. Arthur LEE.**
**No. 10024.**

Circuit Court of Appeals, Eighth Circuit.
Sept. 5, 1934.

W. H. Shure and Francis Murphy, both of Fargo, N. D., for appellants.

E. T. Conmy, H. C. Young, and J. F. X. Conmy, all of Fargo, N. D., for appellee.

PER CURIAM.
Appeal dismissed without costs to either party in this court, per stipulation of parties.

**In the Matter of Edward MENDLOWITZ, Bankrupt. Hyman Gold, Appellant.**
**No. 61.**

Circuit Court of Appeals, Second Circuit.
Oct. 11, 1934.

Poses, Katcher & Driesen, of New York City (Stanley A. Katcher, of New York City, of counsel), for appellant.

Louis I. Rothenberg, of Brooklyn, N. Y. (Samuel J. Sussman, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed in open court.